IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUBY BELL, et al., individually and on behalf of all similarly situated persons, | )<br>)<br>) |
| Plaintiffs, | )<br>) No. 06 C 3520 |
| vs. | )<br>) Judge Guzman |
| MICHAEL LEAVITT, Secretary of the United States Department of Health and Human Services, | )<br>)<br>)<br>) |
| Defendant. | ) |

**SUPPLEMENTAL NOTICE OF ADDITIONAL STATE PARTICIPATION
IN THE MEMORANDUM OF STATE AMICI CURIAE IN SUPPORT OF
PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION**

On August 11, 2006, four Illinois State agencies, the Illinois Department of Healthcare and Family Services ("HFS"), the Illinois Department of Human Services ("DHS"), the Illinois Department of Children and Family Services ("DCFS") and the Illinois Department on Aging ("DoA"), together with the State of Maryland (collectively "State Amici Curiae"), filed a Memorandum of State Amici Curiae in Support of Plaintiffs' Amended Motion for Preliminary Injunction ("Memorandum") in this case. Since the filing of that Memorandum, State Amici Curiae have been informed by the State of West Virginia that it wishes to be added to the Memorandum as an additional Amicus Curiae. Accordingly, the State Amici Curiae hereby inform the Court that the State of West Virginia adopts the arguments made in the Memorandum and joins the Memorandum as an additional Amicus Curiae.

1

Respectfully submitted,


LISA MADIGAN
Attorney General of the State of Illinois


By: /s/ Joan Matlack
Attorney for Amici Curiae



JOAN MATLACK # 6197420
Senior Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601
(312) 793-2394

CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that, on August 18, 2006, she caused to be filed through the Court's CM/ECF system a copy of Supplemental Notice of Additional State Participation in the Memorandum of State Amici Curiae in Support of Plaintiffs' Amended Motion for Preliminary Injunction. Parties of record may obtain a copy of this filing through the Court's CM/ECF system.

/s/ Joan Matlack

Joan Matlack